LEILA L. HALE, ESQ
Nevada Bar No. 7368
BRANDON C. VERDE, ESQ., LL.M.
Nevada Bar No. 14638
**HALE INJURY LAW**
1661 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89012
Phone: (702) 736-5800
Fax: (702) 534-4655
lhale@haleinjurylaw.com
bverde@haleinjurylaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVELYN SIOMARA VASQUEZ, individually,<br><br>Plaintiff,<br>vs.<br><br>FRANCISCO JAVIER DIAZ VALDEZ, individually; FRANJA TRUCKING LLC, an Arizona Domestic Limited Liability Company; DOES I - X and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-02461<br><br>**JOINT DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1(b), the parties submit the following Joint Discovery Plan as follows:

**DISCOVERY PLAN AND CONFERENCE**

**1.** **Fed. R. Civ. P. 26(f) Conference**: On September 10, 2026, the following counsel for Plaintiff and Defendant (collectively, the "parties") participated in a conference pursuant to Fed. R. Civ. P. 26(f):

*Counsel for Plaintiff*: Brandon C. Verde, Esq.

*Counsel for Defendant*: Steven P. Canfield Esq.

**2.** **Pre-Discovery Disclosures:** The parties have exchanged or will exchange initial disclosures on or before **September 24, 2026**, pursuant to Fed. R. Civ. P. 26(a)(1)(C).

**3.** **<u>LR 26-1(e) Discovery Plan:</u>** The parties jointly propose to the Court the following discovery plan. LR 26-1(b)(1) provides that "unless otherwise ordered, discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review." The parties believe there is need for a special review and the usual 180 days for the discovery period be allowed to be extended by an additional ninety (90) days. Plaintiff has extensive medical specials ($189,928.34), providers and records Defendant must obtain and will require additional time. In addition to the extensive medical records and bills, Plaintiff has been recommended for surgery to her left shoulder. This has not been scheduled yet, but the parties will require additional time to collect the records and bills related to the surgery once Plaintiff has it. Further, this future surgical recommendation makes knowing the prognosis of Plaintiff impossible for the parties or any experts the parties may wish to retain within the normal course. As a result, the parties are requesting the additional 90 days in which to complete discovery in this matter.

A. <u>Subject of Discovery</u>: Discovery is required for Plaintiff's claims as set forth in his complaint, and all applicable defenses to said claims asserted by Defendant in its answer. This includes, but is not limited to, liability, causation and damages.

B. <u>Discovery cut-off date</u>: **May 7, 2027**, which is the first judicial date following 270 days measured from August 10, 2026, the date of filing of Defendant's answer to Plaintiff's complaint.

C. <u>Amending the Pleadings and Adding Parties</u>: The last date for filing motions to amend pleadings or to add parties shall not be later than 90 days prior to the close of discovery. In this action, the last date for filing motions to amend the pleading or add parties shall be **February 10, 2027.**

D. <u>FRCP 26(a)(2) Disclosures (experts)</u>: The last day for disclosure of initial expert witnesses shall be 90 days before the discovery cut-off date. In this action, the last date for initial expert disclosures shall be **February 10, 2027**.

The rebuttal expert disclosure date shall be 30 days after the initial expert disclosure deadline. In this action, the last date for rebuttal expert disclosures shall be **March 8, 2027**.



HALE INJURY LAW

E. Dispositive Motions: The last date for filing dispositive motions shall not be later than 30 days after the discovery cut-off date. In this action, the last date for filing dispositive motions shall be **June 7, 2027**.

F. Pretrial Order: The joint pretrial order shall be filed no later than 30 days after the date set for filing dispositive motions. In this action, the joint pretrial order shall be filed on or before **July 7, 2027**. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after the decision on the dispositive motions or further court order.

G. FRCP 26(a) disclosures: The disclosures required by FRCP 26(a)(3) and any objection thereto shall be included in the pretrial order.

**4. Court Conferences**: If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

**5. Format of Discovery**: Pursuant to the electronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-discovery issues pertaining to the format of discovery at the Rule 26(f) conference. The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing for the need of such electronic data as discovery progresses.

**6. Extensions or Modifications of the Discovery Plan and Scheduling Order**: LR 26-3 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline. Any stipulation or motion to extend the discovery period must be made no later than April 16, 2027, 21 days before the discovery cut-off date.

**7. Electronic Service of Discovery Items**: The attorneys of record are registered for electronic filing with this Court and for all documents filed using the electronic

HALE INJURY LAW

HALE INJURY LAW

filing system, consent to service by electronic means. The date of service shall be the date the document is electronically filed with the Court. For documents not filed in the electronic filing system, the Plaintiffs, and the Defendants consent to electronic service via e-mail. The date of service shall be the date the document is electronically e-mailed to the Plaintiff or Defendant. If documents that require a response that are served via mail, parties will receive the additional time to respond as outlined in F.R.C.P. 6(d)

**8.** **Certification of Compliance with LR 26-1(b)(7)-(8):** The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties certify that we have met and conferred about the possibility of using alternative dispute-resolution processes. The parties decline to participate in alternative dispute-resolution at this time.

DATED this 15th day of September 2026.

**HALE INJURY LAW**

*/s/ Brandon C. Verde*

_______________________________

LEILA A. HALE, ESQ.
Nevada Bar No. 7368
BRANDON C. VERDE, ESQ., LL.M.
Nevada Bar No. 14638
1661 W. Horizon Ridge Pkwy., Suite 200
Henderson, Nevada, 89012
*Attorneys for Plaintiff*

DATED this 15th day of September 2026.

**WINNER & BOOZE**

*/s/ Steven P. Canfield*

_______________________________

STEVEN P. CANFIELD
Nevada Bar No. 12711
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant*

**IT IS SO ORDERED**

Dated 9-17-26.

_______________________________
UNITED STATES MAGISTRATE JUDGE