LEILA L. HALE, ESQ.
Nevada Bar No. 7368
BRANDON C. VERDE, ESQ., LL.M.
Nevada Bar No. 14638
**HALE INJURY LAW**
1661 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89012
Phone: (702) 736-5800
Fax: (702) 534-4655
lhale@haleinjurylaw.com
bverde@haleinjurylaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVELYN SIOMARA VASQUEZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO JAVIER DIAZ VALDEZ, individually; FRANJA TRUCKING LLC, an Arizona Domestic Limited Liability Company; DOES I - X and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-02461-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

Plaintiff, EVELYN SIOMARA VASQUEZ ("Plaintiff"), by and through her attorneys of record, LEILA L. HALE, ESQ. and BRANDON C. VERDE, ESQ., LL.M., of HALE INJURY LAW, and Defendants, FRANCISCO JAVIER DIAZ VALDEZ and FRANJA TRUCKING LLC ("Defendants"), by and through their attorney of record, STEVEN P. CANFIELD, ESQ., of WINNER & BOOZE, hereby submit their first stipulation to extend the discovery deadlines by ninety (90) days pursuant to LR IA 6-1 and LR 26-3.

/ / /

/ / /

This stipulation is made in good faith, is supported by a showing of good cause, and is not sought for the purpose of delay or for any other improper purpose.

## I. DISCOVERY COMPLETED TO DATE:

In compliance with LR 26-3, the parties advise the Court that the following discovery has been completed:

a. Defendants' Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1), served September 21, 2026.

b. Fed. R. Civ. P. 26(f) Conference of Counsel, held September 10, 2026.

c. Plaintiff's Initial Disclosure of Documents and Witnesses pursuant to Fed. R. Civ. P. 26(a)(1), served September 11, 2026.

d. Defendant FRANCISCO JAVIER DIAZ VALDEZ's First Set of Interrogatories and First Set of Requests for Production of Documents to Plaintiff, served September 21, 2026.

e. Plaintiff's Responses to Defendant FRANCISCO JAVIER DIAZ VALDEZ's First Set of Interrogatories and First Set of Requests for Production of Documents, served October 15, 2026.

## II. DISCOVERY REMAINING TO BE COMPLETED:

The parties need to conduct the following remaining discovery:

a. Plaintiff's First Sets of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendants, and Defendants' responses

b. Additional written discovery by the parties, including any further written discovery from Defendants to Plaintiff

c. Deposition of Plaintiff

d. Deposition of Defendant FRANCISCO JAVIER DIAZ VALDEZ and Fed. R. Civ. P. 30(b)(6) deposition of Defendant FRANJA TRUCKING LLC

e. Depositions of percipient witnesses

f. Depositions of Plaintiff's treating providers



HALE INJURY LAW

g. Initial and rebuttal expert disclosures and depositions of the parties' experts

**III. REASON DISCOVERY HAS NOT BEEN COMPLETED:**

Good cause exists under LR 26-3 to extend the discovery scheduling order deadlines by ninety (90) days. This case remains in the early stages of discovery. Defendant FRANCISCO JAVIER DIAZ VALDEZ answered Plaintiff's Complaint on August 10, 2026, and removed this action to this Court on August 11, 2026. The parties held their Fed. R. Civ. P. 26(f) conference on September 10, 2026, and the Court entered the Discovery Plan and Scheduling Order on September 17, 2026 (ECF No. 13).

Defendant FRANJA TRUCKING LLC, the company for which Defendant DIAZ VALDEZ was driving at the time of the collision, did not appear on the same timeline as the driver. Plaintiff began seeking service on Franja Trucking in June 2026. On August 17, 2026, Plaintiff sent defense counsel a Notice of a Lawsuit and Request to Waive Service of a Summons for Franja Trucking. Defense counsel ultimately agreed to waive service, signing the waiver on September 16, 2026, and the waiver was filed on September 17, 2026 (ECF No. 12). Under the waiver Franja Trucking returned, Franja Trucking must file and serve its Answer or a motion under Fed. R. Civ. P. 12 within sixty (60) days. Measured from the September 16, 2026 waiver, the sixtieth day falls on Sunday, November 15, 2026, so under Fed. R. Civ. P. 6(a)(1)(C) Franja Trucking's Answer is due Monday, November 16, 2026. That date is more than three months after Defendant DIAZ VALDEZ answered and more than two months after the parties' Rule 26(f) conference.

Because Franja Trucking's response deadline falls so late, Plaintiff has not been able to conduct meaningful discovery against Franja Trucking. Plaintiff has not yet served written discovery on Franja Trucking or taken the deposition of its Fed. R. Civ. P. 30(b)(6) designee. Plaintiff has proposed scheduling the depositions of Plaintiff, Defendant DIAZ VALDEZ, and Franja Trucking's designee after the first of the year to avoid holiday conflicts, and defense counsel has proposed December 2026 dates for Plaintiff's deposition. Under the current schedule, Franja Trucking's written discovery responses and its designee's deposition would come only

weeks before the February 10, 2027 initial expert disclosure deadline. That timing leaves no meaningful opportunity to pursue follow-up discovery against Franja Trucking or to provide its testimony and documents to the parties' experts before the current deadlines.

Plaintiff intends to serve her first sets of interrogatories, requests for production of documents, and requests for admission on Defendants. Under Fed. R. Civ. P. 33, 34, and 36, Defendants' responses will be due thirty (30) days after service, in late November or December 2026. The parties would then have only weeks, spanning the Thanksgiving, Christmas, and New Year's holidays, before the current February 10, 2027 initial expert disclosure deadline. That window does not allow Plaintiff to review Defendants' responses and document production, meet and confer on any deficiencies, depose the driver, Franja Trucking's designee, and percipient witnesses, and provide the resulting information to the parties' experts before initial expert reports are due.

In addition, Plaintiff's medical damages are still developing. Plaintiff's medical specials total $189,928.34, and Defendants must obtain records from numerous providers. Plaintiff has also been recommended for left shoulder surgery, which had not been scheduled when the parties submitted their Discovery Plan. Until the records and bills for that surgery are available, neither the parties nor their experts can fully evaluate Plaintiff's prognosis. The current rebuttal expert disclosure deadline of March 8, 2027 follows less than one month after initial disclosures and leaves little room to address new treatment.

Accordingly, good cause exists to extend the discovery deadlines by ninety (90) days. This request is timely under LR 26-3 because the parties submit it more than twenty-one (21) days before the earliest deadline they seek to extend, the February 10, 2027 deadline to amend pleadings or add parties and to serve initial expert disclosures. The parties make this request not for purposes of delay, but to promote the fair adjudication of this case on its merits. No party will be prejudiced by the requested extension, and the parties will continue to work cooperatively and in good faith to move this matter forward.

/ / /

HALE INJURY LAW

## IV. PROPOSED SCHEDULE FOR DISCOVERY DEADLINES:

| Event | Current Date | Proposed Date |
|---|---|---|
| Final date to complete discovery | 05/07/2027 | 08/05/2027 |
| Final date to file motions to amend pleadings or add parties | 02/10/2027 | 05/07/2027 |
| Initial expert disclosures | 02/10/2027 | 05/07/2027 |
| Rebuttal expert disclosures | 03/08/2027 | 06/06/2027 |
| Final date to file dispositive motions | 06/07/2027 | 09/07/2027 |
| Joint proposed pretrial order | 07/07/2027 | 10/05/2027 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until thirty (30) days after the decision on the dispositive motions or further court order.

**Current Trial Date:** This case is not currently set for trial.

This Stipulation is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED AND AGREED.**

Dated: November 12, 2026.

**HALE INJURY LAW**

*/s/ Brandon C. Verde*
LEILA L. HALE, ESQ.
Nevada Bar No. 7368
BRANDON C. VERDE, ESQ., LL.M.
Nevada Bar No. 14638
1661 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89012
*Attorneys for Plaintiff*

Dated: November 12, 2026.

**WINNER & BOOZE**

*/s/ Steven P. Canfield*
STEVEN P. CANFIELD, ESQ.
Nevada Bar No. 12711
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendants*

**ORDER**

Based on the foregoing Stipulation by and between the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline schedule shall be amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Final date to complete discovery | 05/07/2027 | 08/05/2027 |
| Final date to file motions to amend pleadings or add parties | 02/10/2027 | 05/07/2027 |
| Initial expert disclosures | 02/10/2027 | 05/07/2027 |
| Rebuttal expert disclosures | 03/08/2027 | 06/06/2027 |
| Final date to file dispositive motions | 06/07/2027 | 09/07/2027 |
| Joint proposed pretrial order | 07/07/2027 | 10/05/2027 |

An amended Scheduling Order will be issued.

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

DATED: 11-18-26

Respectfully Submitted:

**HALE INJURY LAW**

By: */s/ Brandon C. Verde*
BRANDON C. VERDE, ESQ., LL.M.
Nevada Bar No. 14638
1661 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89012
*Attorneys for Plaintiff*

HALE INJURY LAW

**Subject:** Re: Vasquez v. Valdez, et al
**Date:** Tuesday, November 10, 2026 at 11:00:56 AM Pacific Standard Time
**From:** Steven P. Canfield
**To:** Brandon Verde
**CC:** Justin Teal, Sarah Huffman, Stephen Holloway
**Attachments:** image311041.png, image001.png, image002.png, image003.png, image004.png, image005.png, image006.png, image007.png, image008.png, image009.png, image010.png, image324826.png

Brandon

This is fine you can esign the stip to extend based on Franja not being in the case yet.

Let me know if you need anything else.

WINNER & BOOZE
LAWYERS

Steven P. Canfield
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
scanfield@winnerfirm.com
www.winnerfirm.com

**CONFIDENTIALITY NOTICE:** THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.

---

**From:** Brandon Verde <bverde@haleinjurylaw.com>
**Sent:** Monday, October 26, 2026 10:47 AM
**To:** Steven P. Canfield <scanfield@winnerfirm.com>
**Cc:** Justin Teal <jteal@haleinjurylaw.com>; Sarah Huffman <shuffman@haleinjurylaw.com>; Stephen Holloway <sholloway@haleinjurylaw.com>
**Subject:** Re: Vasquez v. Valdez, et al

Hi Steven,

I've attached a proposed stip to push the Vasquez discovery deadlines out 90 days. Since you didn't sign the waiver of service for Franja until September 16, and the waiver gives Franja 60 days to answer, Franja's answer isn't due until November 16. That means we haven't been able to do any discovery with them yet, and on the current schedule their responses and 30(b)(6) depo would land just weeks before the February 10 expert deadline. Your clients' responses to our written discovery would also come due right around the holidays, and Evelyn was just recommended for left shoulder surgery, so neither side's experts can really get a handle on her prognosis until those records come in.

If you have no opposition, I will circulate the proposed stip in a separate email to keep a clean email chain for using e-signature permission.

Thanks,

BCV